Michael H. Simon, OSB No. 860908
MSimon@perkinscoie.com
Sarah J. Crooks, OSB No. 971512
SCrooks@perkinscoie.com
PERKINS COIE LLP
1120 N.W. Couch Street, Tenth Floor
Portland, OR 97209-4128
Telephone: 503.727.2000
Facsimile: 503.727.2222

Attorneys for Defendant Qwest Corporation

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

# EUGENE DIVISION

| | |
|---|---|
| **NICKOLAS FACAROS,** | Case No. 10-6343-HO |
| Plaintiff, | |
| v. | DEFENDANT'S MOTION TO DISMISS |
| **QWEST CORPORATION**, a Colorado Corporation, | Request for Oral Argument |
| Defendant. | |

Pursuant to Local Rule 7.1(a), defendant, Qwest Corporation ("Qwest"), certifies that the parties made a good faith effort through telephone conferences to resolve the dispute but have been unable to do so.

Pursuant to Federal Rule of Civil Procedure 9(b), Qwest moves to dismiss the Complaint and each of the claims alleged for failure to allege the fraud allegations with sufficient specificity.

1- DEFENDANT'S MOTION TO DISMISS

13141-0856/LEGAL19764144.1

Perkins Coie LLP
1120 N.W. Couch Street, Tenth Floor
Portland, OR 97209-4128
Phone: 503.727.2000
Fax: 503.727.2222

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Qwest further moves to dismiss the Complaint and each of the claims alleged for failure to state a claim upon which relief can be granted.

This Motion is supported by the pleadings, the accompanying Memorandum of Law and the Declaration of Dale VanGulick.

DATED: December 13, 2010

**Respectfully submitted,**

**PERKINS COIE LLP**

By: s/ *Sarah J. Crooks*
    Michael H. Simon, OSB No. 860908
    MSimon@perkinscoie.com
    Sarah J. Crooks, OSB No. 971512
    SCrooks@perkinscoie.com
1120 N.W. Couch Street, Tenth Floor
Portland, OR 97209-4128
Telephone: 503.727.2000
Facsimile: 503.727.2222

Attorneys for Defendant Qwest Corporation

2- DEFENDANT'S MOTION TO DISMISS

13141-0856/LEGAL19764144.1

**Perkins Coie LLP**
1120 N.W. Couch Street, Tenth Floor
Portland, OR 97209-4128
Phone: 503.727.2000
Fax: 503.727.2222