Michael H. Simon, OSB No. 860908
MSimon@perkinscoie.com
Sarah J. Crooks, OSB No. 971512
SCrooks@perkinscoie.com
Stephanie K. Hines, OSB No. 023273
SHines@perkinscoie.com
PERKINS COIE LLP
1120 N.W. Couch Street, Tenth Floor
Portland, OR  97209-4128
Telephone:  503.727.2000
Facsimile:  503.727.2222

Attorneys for Defendant Qwest Corporation

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

### EUGENE DIVISION

| | |
|---|---|
| **NICKOLAS FACAROS,** | Case No. 10-6343-HO |
| Plaintiff, | |
| v. | **DEFENDANT'S MOTION TO DISMISS** |
| **QWEST CORPORATION,** a Colorado Corporation, | Request for Oral Argument |
| Defendant. | |

Pursuant to Local Rule 7.1(a), defendant, Qwest Corporation ("Qwest"), certifies that the parties made a good faith effort through telephone conferences to resolve the dispute.  The parties have been able to resolve one issue, as noted in the supporting memorandum of law, but have been unable to resolve the remaining issues addressed in this motion to dismiss.

Pursuant to the filed-rate doctrine, Qwest moves this Court for an order dismissing with prejudice each of Plaintiff's claims as barred by Qwest's tariff governing the rates and manner

1-   DEFENDANT'S MOTION TO DISMISS

13141-0856/LEGAL20317981.1

**Perkins Coie LLP**
1120 N.W. Couch Street, Tenth Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

Qwest may bill for the relocation of its aerial cable facilities.  Alternatively, Qwest moves pursuant to the primary jurisdiction doctrine for an order dismissing with prejudice each of Plaintiff's claims in favor of jurisdiction by the Oregon Public Utility Commission.

Additionally, pursuant to Federal Rule of Civil Procedure 12(b)(6), Qwest moves to dismiss with prejudice the First Amended Complaint and each of the claims alleged for failure to state a claim upon which relief can be granted.  And pursuant to Federal Rule of Civil Procedure 9(b), Qwest moves to dismiss with prejudice the Complaint and each of the claims alleged for failure to allege the fraud allegations with sufficient specificity.

This Motion is supported by the pleadings and concurrently filed supporting Memorandum of Law.

DATED:  March 7, 2011

**Respectfully submitted,**

**PERKINS COIE LLP**

By: s/ *Sarah J. Crooks*
        Michael H. Simon, OSB No. 860908
        MSimon@perkinscoie.com
        Sarah J. Crooks, OSB No. 971512
        SCrooks@perkinscoie.com
        Stephanie K. Hines, OSB No. 023273
        SHines@perkinscoie.com
1120 N.W. Couch Street, Tenth Floor
Portland, OR  97209-4128
Telephone:  503.727.2000
Facsimile:  503.727.2222

Attorneys for Defendant Qwest Corporation

2-   DEFENDANT'S MOTION TO DISMISS

13141-0856/LEGAL20317981.1

**Perkins Coie LLP**
1120 N.W. Couch Street, Tenth Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222