Michael H. Simon, OSB No. 860908
MSimon@perkinscoie.com
Sarah J. Crooks, OSB No. 971512
SCrooks@perkinscoie.com
Stephanie K. Hines, OSB No. 023273
SHines@perkinscoie.com
PERKINS COIE LLP
1120 N.W. Couch Street, Tenth Floor
Portland, OR  97209-4128
Telephone:  503.727.2000
Facsimile:  503.727.2222

Attorneys for Defendant Qwest Corporation

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## EUGENE DIVISION

| | |
|---|---|
| **NICKOLAS FACAROS,** | Case No. 10-6343-HO |
| Plaintiff, | |
| v. | **DEFENDANT'S MOTION FOR PROTECTIVE ORDER STAYING ALL DISCOVERY** |
| **QWEST CORPORATION,** a Colorado Corporation, | |
| Defendant. | |

Pursuant to Local Rule 7.1(a), defendant, Qwest Corporation ("Qwest"), certifies that the parties made a good faith effort through telephone conferences to resolve the dispute but have been unable to do so.

Pursuant to Federal Rules of Civil Procedure 26(c), Qwest moves this Court for a protective order staying all discovery, including response to plaintiff's pending discovery

1- DEFENDANT'S MOTION FOR PROTECTIVE ORDER STAYING ALL DISCOVERY

requests, in this matter pending resolution of Qwest's Motion to Dismiss, filed concurrently herewith.

This Motion is supported by the pleadings and the concurrently filed supporting Memorandum of Law and Declaration of Sarah J. Crooks.

DATED:  March 7, 2011

**Respectfully submitted,**

**PERKINS COIE LLP**

By: s/ *Sarah J. Crooks*
    Michael H. Simon, OSB No. 860908
    MSimon@perkinscoie.com
    Sarah J. Crooks, OSB No. 971512
    SCrooks@perkinscoie.com
    Stephanie K. Hines, OSB No. 023273
    SHines@perkinscoie.com
1120 N.W. Couch Street, Tenth Floor
Portland, OR  97209-4128
Telephone:  503.727.2000
Facsimile:  503.727.2222

Attorneys for Defendant Qwest Corporation

2-  DEFENDANT'S MOTION FOR PROTECTIVE
ORDER STAYING ALL DISCOVERY

13141-0856/LEGAL20318033.1

**Perkins Coie LLP**
1120 N.W. Couch Street, Tenth Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222