UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

**Nickolas Facaros,**

                **Plaintiff,**

        **v.**                                Civil No. 10-cv-06343-HO

**Qwest Corporation,**

                **Defendant.**

_____

## JUDGMENT

This action is dismissed.

Dated: June 8, 2011

                MARY L. MORAN, Clerk

        by    s/ J. Wright
           J. Wright, Deputy Clerk